| | | | |
|---|---|---|---|
| Com. v. Crisafi | 1789 MDA 2015<br>Affirmed | 01/30/2017 | CP–40–CR–0004125–2014<br>(Luzerne) |
| Com. v. Pitzer | 685 MDA 2016<br>Affirmed | 01/30/2017 | CP–01–CR–0000718–2015<br>(Adams) |
| Com. v. Kaszuba | 896 MDA 2016<br>Affirmed | 01/30/2017 | CP–35–CR–0000262–2015<br>(Lackawanna) |
| Com. v. Smith | 1030 MDA 2016<br>Affirmed | 01/30/2017 | CP–55–CR–0000164–2013<br>(Snyder) |
| Com. v. Nardone | 1199 MDA 2016<br>Affirmed | 01/30/2017 | CP–66–CR–0000023–2015<br>(Wyoming) |
| Com. v. Pugh | 361 WDA 2016<br>Affirmed | 01/30/2017 | CP–07–CR–0002479–2013<br>(Blair) |
| Com. v. Williams | 372 WDA 2016<br>Affirmed,<br>Vacated and<br>Remanded | 01/30/2017 | CP–02–CR–0002534–2015<br>(Allegheny) |
| Com. v. Miskovitch | 392 WDA 2016<br>Affirmed | 01/30/2017 | CP–65–CR–0000556–2005<br>(Westmoreland) |
| Com. v. Buczynski | 882 WDA 2016<br>Affirmed | 01/30/2017 | CP–25–CR–0002729–2008<br>(Erie) |
| Com. v. Cox | 964 WDA 2016<br>Affirmed | 01/30/2017 | CP–02–CR–0001126–1997<br>CP–02–CR–0002029–1997<br>(Allegheny) |
| M.G. v. S.J. | 1182 WDA 2016<br>Affirmed | 01/30/2017 | No. FD–07–009307–004<br>(Allegheny) |
| R.J.V. v. R.E.V. | 1227 WDA 2016<br>Affirmed | 01/30/2017 | 2015 GN 1929<br>(Blair) |
| In re L.C.; Appeal of P.C. | 1582 WDA 2016<br>Affirmed | 01/30/2017 | CP–02–AP–061–2016<br>(Allegheny) |
| Com. v. Duncan | 907 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/31/2017 | CP–51–CR–0005262–2007<br>(Philadelphia) |
| Com. v. Smith | 1329 EDA 2015<br>Affirmed | 01/31/2017 | CP–51–CR–0006801–2013<br>(Philadelphia) |
| Com. v. Nesmith | 1481 EDA 2015<br>Reversed | 01/31/2017 | CP–39–CR–0003032–1997<br>(Lehigh) |